# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROOKS, | 3:16-cv-00380-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 12, 2017 |
| KARLAS SUAREZ, *et al.*, | |
| Defendants | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Continue Stay (ECF No. 9) Defendants request the court to continue the stay in this case an additional thirty (30) days, or until July 12, 2017, by which time the parties will file a stipulation of dismissal.

Good cause appearing, Defendants' Motion to Continue Stay (ECF No. 9) is **GRANTED**. The court will continue the current stay an additional thirty (30) days, to **July 12, 2017**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>     /s/                    </u>
   Deputy Clerk