1  ADAM PAUL LAXALT
    Attorney General
2  WADE BEAVERS
    Deputy Attorney General, Bar #13451
3  State of Nevada
    Bureau of Litigation
4  Public Safety Division
    100 No. Carson St.
5  Carson City, NV  89701-4717
    Tel: 775-684-1209
6  E-Mail: wbeavers@ag.nv.gov

7  *Attorneys for Defendants Jayson Artinger,*
    *Daniel Esquivel, Jennifer Nash,*
8  *Michael Pugh, and Larry Treadwell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROOKS, | Case No. 3:16-cv-00380-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| KARLAS SUAREZ, *et al.*, | |
| Defendants. | |

Plaintiff, Shane Brooks, appearing pro se, and Defendants Jayson Artinger, Daniel Esquivel, Jennifer Nash, Michael Pugh, and Larry Treadwell, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Wade Beavers, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice in its entirety.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 2 day of July, 2017.            DATED this 17th day of July, 2017.

                                                    ADAM PAUL LAXALT
                                                    Attorney General

By: _____            By: _____
SHANE BROOKS                                          WADE BEAVERS
*Plaintiff, Pro Se*                                       Deputy Attorney General
                                                      Bureau of Litigation
                                                      Public Safety Division

                                                      *Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED THIS 19th day of July 2017.

_____
DISTRICT JUDGE